MOUNTAIN VILLAGE, Respondent

v.

The BOARD OF SUPERVISORS OF LONGSWAMP TOWNSHIP,
Petitioner.

Supreme Court of Pennsylvania.

May 11, 2004.

**ORDER**

PER CURIAM.

AND NOW, this 11th day of May, 2004, the petition for allowance of appeal is GRANTED. The parties are directed to address the following issue:

Whether the Commonwealth Court correctly determined that pursuant to the Municipalities Planning Code, 53 P.S. §§ 10503 and 10510, legal fees incurred by a municipality reviewing a land development plan cannot be assessed against a developer-applicant.